# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DERRICK MENTER,**              :

    **Petitioner**           :

                                   **CIVIL ACTION NO. 3:17-1886**

    **v.**                    :

                                   **(Judge Mannion)**

**J. BALTAZAR, Warden**           :
**USP-Canaan,**

                            :

    **Respondent**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to seek leave to file a second or successive §2255 in the United States Court of Appeals for the Third Circuit.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                    s/ *Malachy E. Mannion*
                                                    **MALACHY E. MANNION**
                                                    **United States District Judge**

**Dated: June 6, 2019**
17-1886-01-ORDER